# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Paez, Richard A. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Ninth Circuit | 3. Date of Report<br><br>06/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Appeals
125 S. Grand Avenue
Pasadena, CA 91105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Western Justice Center, Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1986 | California Judges Retirement System |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | California Judges Retirement System | $90,335.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Davita Health Care Partners (salary) |
| 2. 2018 | IBM (pension) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 27-31, 2018 | San Antonio, TX | Mock Argument Program | Transportation and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Strategic Advisers Core Fund (FCSAX) | C | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 3. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 4. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 5. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 6. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 7. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 8. | | | | | Sold (part) | 09/06/18 | J | A | |
| 9. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 10. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 11. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 12. Strategic Advisers Growth Fund (FSGFX) | C | Dividend | K | T | Buy (add'l) | 03/08/18 | J | | |
| 13. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 14. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 15. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 16. Strategic Advisers Val. Fund (FVSAX) | B | Dividend | K | T | Buy (add'l) | 03/08/18 | J | | |
| 17. | | | | | Buy (add'l) | 04/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 19. Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | Buy | 03/12/18 | J | | |
| 20. | | | | | Sold (part) | 04/04/18 | J | | |
| 21. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 22. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 23. Strategic Advisers Small-mid Cap Fund (FSCFX) | B | Dividend | K | T | Buy (add'l) | 03/08/18 | J | | |
| 24. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 25. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 26. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 27. Strategic Advisers International Fund (FILFX) | B | Dividend | K | T | Buy | 03/08/18 | J | | |
| 28. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 29. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 30. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 31. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 32. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 33. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 34. | | | | | Sold (part) | 09/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 36. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 37. Fidelity SAI U.S. Large Cap Index (FLCPX) | A | Dividend | J | T | Sold (part) | 09/06/18 | J | A | |
| 38. Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 39. Fidelity SAI Emerging Markets Index (FERGX) | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 40. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 41. Fidelity SAI US Quality Index Fund (FUQIX) | A | Dividend | | | Sold | 03/08/18 | J | B | |
| 42. Fidelity SAI Intl Min Vol Index Fd (FSKLX) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 43. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 44. | | | | | Sold (part) | 03/08/18 | J | A | |
| 45. | | | | | Sold (part) | 03/12/18 | J | A | |
| 46. | | | | | Sold (part) | 04/12/18 | J | A | |
| 47. | | | | | Sold (part) | 05/16/18 | J | A | |
| 48. | | | | | Sold | 06/27/18 | J | B | |
| 49. Fidelity SAI US Min Vol Index Fd (FSUVX) | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 50. AQR Equity Mkt Neutral Cl N (QMNNX) | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 51. AQR Managed Futures Fund CL N (AQMNX) | | None | J | T | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ASG Managed Fut Strat Fund Cl Y (ASFYX) | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 53. SEI US Managed Vol Fund Cl Y (SUSYX) | B | Dividend | | | Sold (part) | 03/08/18 | J | | |
| 54. | | | | | Sold (part) | 03/12/18 | J | | |
| 55. | | | | | Sold (part) | 04/12/18 | J | | |
| 56. | | | | | Sold (part) | 05/16/18 | J | | |
| 57. | | | | | Sold | 06/27/18 | J | B | |
| 58. Strategic Advisers Sht Duration Fund (FAUDX) | B | Dividend | M | T | Sold (part) | 02/13/18 | J | | |
| 59. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 60. | | | | | Sold (part) | 06/27/18 | J | A | |
| 61. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 62. | | | | | Sold (part) | 10/17/18 | J | A | |
| 63. | | | | | Sold (part) | 12/13/18 | J | A | |
| 64. | | | | | Sold (part) | 12/28/18 | J | A | |
| 65. Strategic Advisers Core Income Fund (FPCIX) | D | Dividend | N | T | Buy (add'l) | 01/18/18 | J | | |
| 66. | | | | | Sold (part) | 02/13/18 | J | | |
| 67. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 68. | | | | | Sold (part) | 04/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 70. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 71. | | | | | Sold (part) | 06/27/18 | J | A | |
| 72. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 73. | | | | | Sold (part) | 10/17/18 | J | | |
| 74. | | | | | Sold (part) | 12/13/18 | J | A | |
| 75. | | | | | Sold (part) | 12/28/18 | J | | |
| 76. Doubleline Tot Ret Bd Fd Cl N (DLNTX) | A | Dividend | K | T | Sold (part) | 05/16/18 | J | | |
| 77. | | | | | Sold (part) | 12/28/18 | J | | |
| 78. Eaton Vance Global MACRO ABSLTE RT CL1 (EIGMX) | A | Dividend | J | T | | | | | |
| 79. Pimco Commodity Real Return Inst (PCRIX) | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 80. FIMM Govt Port: Inst'l CL (FRGXX) | A | Dividend | J | T | Sold (part) | 02/12/18 | J | | |
| 81. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 82. | | | | | Sold (part) | 05/14/18 | J | | |
| 83. | | | | | Sold (part) | 09/06/18 | J | | |
| 84. | | | | | Sold (part) | 09/24/18 | J | | |
| 85. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/13/18 | J | | |
| 87. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 88.   IRA #2 (H) | | | | | | | | | |
| 89.   Fidelity Asset Mgr 30% (FTANX) | B | Dividend | K | T | Redeemed (part) | 03/27/18 | J | A | |
| 90.   BROKERAGE #1 (H) | | | | | | | | | |
| 91.   Fidelity Government Money Market (SPAXX) (cash) (X) | A | Interest | K | T | | | | | |
| 92.   Fidelity CA Muni MM (FCFXX) | | None | M | T | | | | | |
| 93.   Fidelity Asset Mgr 20% (FASIX) | D | Dividend | M | T | | | | | |
| 94.   BROKERAGE #2 (H) | | | | | | | | | |
| 95.   Fidelity Magellan (FMAGX) | A | Dividend | J | T | | | | | |
| 96.   401K #1 (H) | | | | | | | | | |
| 97.   Fidelity Govt Money Market (SPAXX) | A | Interest | K | T | | | | | |
| 98.   Fidelity Intl Index (formerly Fid Intl Index Pr) (FSIVX) | A | Dividend | J | T | | | | | |
| 99.   Lazard Emerg Mkts Eq Is (LZEMX) | A | Dividend | J | T | | | | | |
| 100.  AF Europac Growth R6 (RERGX) | A | Dividend | K | T | | | | | |
| 101.  Loomis Sm Cap Growth N (LSSNX) | A | Dividend | J | T | | | | | |
| 102.  Fidelity Ext Mkt Idx (formerly Fid Ext mkt Idx PR) (FSEVX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Fidelity Low Priced Stk K (FLPKX) (Y) | | | | | | | | | |
| 104. MFS Mid Cap Growth R6 (OTCKX) | A | Dividend | J | T | | | | | |
| 105. Vanguard Inst Index (VINIX) | A | Dividend | K | T | | | | | |
| 106. Vanguard Windsor II ADM | B | Dividend | K | T | | | | | |
| 107. Vanguard Primecap ADM (VPMAX) | A | Dividend | J | T | | | | | |
| 108. Pimco Tot Return Inst (PTTRX) | A | Dividend | L | T | | | | | |
| 109. Vanguard Tot Bd Mkt Inst (VBTIX) | A | Dividend | J | T | | | | | |
| 110. COLLEGE ACCT #1 (H) | | | | | | | | | |
| 111. Fidelity Asset Mgr 70% (FASGX) | B | Dividend | K | T | | | | | |
| 112. COLLEGE ACCT #2 (H) | | | | | | | | | |
| 113. Fidelity Asset Mgr 70% (FASGX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

# FINANCIAL DISCLOSURE REPORT

Page 12 of 12

Name of Person Reporting

Paez, Richard A.

Date of Report

06/10/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard A. Paez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544